**BIG DADDY'S BEER & PIZZA, INC.**

v.

**DELBALSO BROS.**

**1908 MDA 2016**

Superior Court of Pennsylvania.

09/25/2017

20160016
(Luzerne)

Quashed

**COM.**

v.

**ROSADO, F.**

**75 MDA 2017**

Superior Court of Pennsylvania.

09/25/2017

CP–06–CR–0000098–1996
(Berks)

Affirmed

**COM.**

v.

**HAIRSTON, D.**

**116 MDA 2017**

Superior Court of Pennsylvania.

09/25/2017

CP–22–CR–0004751–2011
(Dauphin)

Affirmed

**IN the INTEREST OF:**
**L.J.L.C., a Minor**

**700 MDA 2017**

Superior Court of Pennsylvania.

09/25/2017

2342–2016 (Lancaster)

Affirmed

**COM.**

v.

**FUDGE, M.**

**738 MDA 2017**

Superior Court of Pennsylvania.

09/25/2017

CP–41–CR–0000317–2009 (Lycoming)

Affirmed